THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SUNOCO, INC., and<br>PUERTO RICO SUN OIL COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 02-466C<br>(Chief Judge Damich) |

**<u>JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Pursuant to Rule 41(a)(1)(ii) of the Rules of the Court of Federal Claims, Plaintiffs Sunoco, Inc. and Puerto Rico Sun Oil Company ("Sunoco") and Defendant the United States stipulate to the dismissal with prejudice of Sunoco's claims related to contract number DLA600-88-D-0543, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

/s/ J. Keith Burt
J. Keith Burt
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5308 (Fax)

Attorneys for Sunoco, Inc. and
Puerto Rico Sun Oil Company

*Of Counsel:*

Gary A. Winters
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, DC 20006

ROBERT D. MCCALLUM, JR.
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Senior Trial Counsel
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., N.W., 8th Floor
Washington, D.C. 20530
(202) 616-2311 (Phone)
(202) 353-7988 (Fax)

Attorneys for the United States

*Of Counsel:*

BERNARD A. DUVAL
Counsel
HOWARD M. KAUFER
Assistant Counsel
Office of General Counsel
Defense Energy Support Center
Ft. Belvoir, VA 22060

August 21, 2003