# In the United States Court of Federal Claims

No. 02-466 C

(Filed: August 29, 2003)

***********************************
*
**SUNOCO, INC. AND PUERTO RICO** *
**SUN OIL COMPANY,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

**ORDER**

It is hereby ORDERED that the parties shall submit simultaneous supplemental briefs addressing the issue of waiver in light of the decision by Judge Block in *Hermes Consol., Inc. d/b/a Wyo. Ref. Co. v. United States*, No. 02-1460C. Neither brief shall exceed 10 pages in length. The briefs shall be filed on or before September 12, 2003.

s/Chief Judge Edward J. Damich