IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SUNOCO, INC. and<br>PUERTO RICO SUN OIL COMPANY,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 02-466C<br>(Chief Judge Damich) |

DEFENDANT'S REQUEST FOR LEAVE TO FILE

Defendant respectfully requests that, in response to the Court's order of August 29, 2003, defendant be permitted to file its responses to a similar request made by this Court on August 7, 2003, in Hermes v. United States, No. 1460C (Fed. Cl.), in satisfaction of the August 29, 2003 order.

The Court's August 29, 2003 order requested the parties to file a supplemental brief of no more than 10 pages in length "addressing the issue of waiver in light of" this Court's decision in Hermes. The Court's opinion in Hermes also requested further briefing (not to exceed 15 pages) and a defendant's reply (not to exceed 7 pages) concerning waiver and laches, and those briefs have been filed. We would respond to this Court's order as we responded in Hermes (in approximately 11 pages). Accordingly, the interests of efficiency and consistency appear to be served by providing this Court with our supplemental briefs in Hermes in satisfaction of this Court's August 29, 2003 order.

For these reasons, defendant respectfully requests that, in response to the Court's order of August 29, 2003, defendant be permitted to file its responses to a similar request made by this Court on August 7, 2003 in Hermes v. United States, No. 1460C (Fed. Cl.), in satisfaction of the August 29, 2003 order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Senior Trial Counsel
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 616-2311
Fax: (202) 353-7988

OF COUNSEL:

BERNARD A. DUVAL
Counsel

HOWARD M. KAUFER
Assistant Counsel
Office of Counsel
Defense Energy Support Center
Ft. Belvoir, VA

September 11, 2003

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on September 11, 2003, a copy of the foregoing document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Gillingham