# In the United States Court of Federal Claims

No. 02-466 C

(Filed: September 12, 2003)

| | |
|---|---|
| **SUNOCO, INC. AND PUERTO RICO SUN OIL COMPANY,** | |
| Plaintiffs, | |
| v. | |
| **THE UNITED STATES,** | |
| Defendant. | |

## ORDER

It is hereby ORDERED that the size of briefs that the parties may file is increased to 11 pages from 10. The government is allowed to file the supplemental briefs that it filed in Hermes in satisfaction of this order, in the interest of consistency and efficiency.

S/ Chief Judge Edward Damich