THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SUNOCO, INC., and<br>PUERTO RICO SUN OIL COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 02-466C<br>(Chief Judge Damich) |

**MOTION TO UNSEAL OPINION**

Plaintiffs Sunoco, Inc. and Puerto Rico Sun Oil Company hereby move to unseal the opinion filed in this matter on January 13, 2004. The opinion does not contain confidential information within the definition of the protective order. Counsel for the government has informed counsel for plaintiffs that the government does not oppose the motion.

Respectfully submitted,

/s J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5308 (Fax)

Attorneys for Sunoco, Inc. and
Puerto Rico Sun Oil Company

*Of Counsel:*

Gary A. Winters
Mayer, Brown, Rowe & Maw
1909 K Street, N.W.
Washington, DC 20006

January 21, 2004