THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SUNOCO, INC., and<br>PUERTO RICO SUN OIL COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 02-466C<br>(Chief Judge Damich) |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT**

Plaintiffs Sunoco, Inc. and Puerto Rico Sun Oil Company ("Sunoco") and defendant United States of America hereby jointly move for an extension of time to file the status report called for in the Court's Opinion of January 13, 2004. As the Court is aware, the plaintiffs in *Tesoro Hawaii Corp., et al. v. United States*, 2003 WL 22416288 (Fed. Cl. 2003) and *Hermes Consolidated, Inc. v. United States*, 2003 U.S. Claims LEXIS 312 (Fed. Cl. 2003), have filed a petition in the Court of Appeals for the Federal Circuit seeking permission to file an interlocutory appeal under 28 U.S.C. § 1292(d)(2) from the summary judgment rulings in those cases. The courts in those cases reached opposite conclusions on the question whether DESC can assert the defense of waiver to bar the plaintiffs from pursuing a remedy for DESC's illegal fuel prices, and the petitioners have asked the court of appeals to resolve that issue. The court of appeals has not yet indicated whether it will accept the interlocutory appeal.

The parties submit that the most efficient course of action is to await the court of appeals' ruling on the petition, as the court's ruling may affect the parties' and the Court's consideration of how to proceed in this case. After the court of appeals issues its order, the parties will be prepared to submit the Joint Status Report called for in this Court's January 13, 2004 Opinion within seven days.

Respectfully submitted,

/s J. Keith Burt
J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5308 (Fax)

Attorneys for Sunoco, Inc. and
Puerto Rico Sun Oil Company

*Of Counsel:*

Gary A. Winters
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Steven J. Gillingham
STEVEN J. GILLINGHAM
Senior Trial Counsel
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., N.W., 8th Floor
Washington, D.C. 20530
(202) 616-2311 (Phone)
(202) 353-7988 (Fax)

Attorneys for the United States

*Of Counsel:*

BERNARD A. DUVAL
Counsel
HOWARD M. KAUFER
Assistant Counsel
Office of General Counsel
Defense Energy Support Center
Ft. Belvoir, VA 22060

January 23, 2004