# In the United States Court of Federal Claims

No. 02-466 C

(Filed: January 26, 2004)

| | |
|---|---|
| *********************************** | |
| | * |
| **SUNOCO, INC. AND PUERTO RICO SUN OIL COMPANY,** | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

## ORDER

It is hereby ORDERED that the parties' Joint Motion to Unseal Opinion is granted. This Court's opinion of January 13, 2004, which was issued under seal, will be re-issued for publication.

S/ Chief Judge Edward J. Damich