# In the United States Court of Federal Claims

No. 02-466 C

(Filed: February 6, 2004)

| | |
|---|---|
| ********************************** | |
| | * |
| **SUNOCO, INC. AND PUERTO RICO SUN OIL COMPANY,** | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

## ORDER

It is hereby ORDERED that the parties' Joint Motion for Extension of Time to File Status Report is GRANTED. Parties shall file a status report on or by February 20, 2004. In the status report, the parties shall address further action in this case in light of the decision of the United States Court of Appeals for the Federal Circuit to hear arguments in the case of *Tesoro Hawaii, Inc. V. United States*.

S/ Chief Judge Edward J. Damich