IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SUNOCO, INC., and<br>PUERTO RICO SUN OIL COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 02-466C<br>(Chief Judge Damich) |

**JOINT STATUS REPORT**

Pursuant to the Court's February 6, 2004 Order, Plaintiffs, Sunoco, Inc., and Puerto Rico Sun Oil Company, and Defendant, the United States, respectfully submit this Joint Status Report.

The parties jointly request that the Court stay proceedings in this case. As the Court is aware, a petition for permission to appeal was filed before the United States Court of Appeals for the Federal Circuit in the similarly situated case of *Tesoro Hawaii Corporation, Tesoro Alaska Company, and Hermes Consolidated, Inc., d/b/a Wyoming Refining Company v. United States*, No. 04-5064 (Fed. Cir.). The Federal Circuit granted the petition on February 2, 2004. Because the pending appeal involves the same fundamental issues concerning the legality of DESC military fuel prices that are present in this case, the parties request the Court stay proceedings in this case until the Federal Circuit issues its decision in *Tesoro Hawaii.*

Respectfully submitted,

s/ J. Keith Burt
J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5308 (Fax)

Attorneys for Sunoco, Inc., and
Puerto Rico Sun Oil Company

*Of Counsel:*

Gary A. Winters
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

Dated: February 20, 2004

PETER D. KEISLER
Assistant Attorney General

/s David M. Cohen
DAVID M. COHEN
Director

/s Steven J. Gillingham
STEVEN J. GILLINGHAM
Senior Trial Counsel
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-2311 (Phone)
(202) 353-7988 (Fax)

Attorneys for the United States

*Of Counsel*:

BERNARD A. DUVAL
Counsel
HOWARD. M. KAUFER
Assistant Counsel
Office of General Counsel
Defense Energy Support Center
Fort Belvoir, VA 22060

Dated: February 20, 2004