# In the United States Court of Federal Claims

No. 02-466 C

(Filed: March 5, 2004)

| | |
|---|---|
| ********************************** | |
| | * |
| **SUNOCO, INC. AND PUERTO RICO SUN OIL COMPANY,** | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

## <u>ORDER</u>

It is hereby ORDERED that further proceedings in this case are stayed pending the Court of Appeals for the Federal Circuit's decision in *Tesoro Hawaii, Inc. V. United States*. Parties shall file a Joint Status Report with this Court within ten days of the issuance of an opinion in *Tesoso.*

S/ Chief Judge Edward J. Damich