# In the United States Court of Federal Claims

No. 02-466 C

(Filed: July 15, 2004)

| | |
|---|---|
| *********************************** | |
| | * |
| **SUNOCO, INC. AND PUERTO RICO SUN OIL COMPANY,** | * |
| Plaintiffs, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |
| *********************************** | |

**ORDER**

Plaintiff's unopposed Motion to Amend Paragraph 12 of the Protective Order is hereby GRANTED. Within 60 days of the entry of final judgment in this case, any party owning confidential information may file a motion seeking to extend the time that the material will be treated as confidential under the terms of the protective order.

S/ Chief Judge Edward J. Damich