IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SUNOCO, INC. | ) | |
| | ) | |
| And | ) | |
| | ) | No. 02-466C |
| PUERTO RICO SUN OIL COMPANY, | ) | (Chief Judge Damich) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE APPENDIX BY HARD COPY**

Plaintiffs, Sunoco, Inc. and Puerto Rico Sun Oil Company (collectively "Sunoco"), hereby request leave to file the appendix to their Opposition to Defendant's Motion to Dismiss by hard copy rather than electronically due to technical issues which have precluded Plaintiffs from electronically filing the appendix in other similar cases. These technical issues, which are also present in this case, derive from the size of the appendix, which exceeds 1000 pages. Defendant does not oppose this motion. Accordingly, Plaintiffs respectfully request that their Motion For Leave To File Appendix By Hard Copy be granted.

Respectfully submitted,

s/J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5208 (Fax)

Attorneys for Plaintiffs,
Sunoco., Inc. and Puerto Rico Sun Oil Company

*Of Counsel:*

Gary A. Winters
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

January 17, 2006