IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SUNOCO, INC.<br><br>And<br><br>PUERTO RICO SUN OIL COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 02-466C<br>(Chief Judge Damich) |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**<u>LEAVE TO EXCEED THE PAGE LIMITATION</u>**

Pursuant to Rule 5.2(b)(1), Plaintiffs, Sunoco, Inc. and Puerto Rico Sun Oil Company (collectively "Sunoco"), respectfully request leave to exceed the page limitation, not to exceed 80 pages, for their Opposition to Defendant's Motion to Dismiss. Defendant does not oppose this motion.

This case involves allegations that, during the last twenty years, the Defense Energy Support Center ("DESC") violated the law by, *inter alia*, illegally establishing the price of military fuel. Sunoco's claims involve forty-one contracts and the sale of approximately $1.49 billion of military fuel. Sunoco's claims are set forth in an Amended Complaint of seven counts which raises a number of significant issues relating to the substance of DESC's violation of the law, the nature of the remedy available, and the measure of recovery.

Sunoco seeks leave to exceed the page limitation because of the complexity and importance of the issues raised in DESC's Motion to Dismiss. DESC's motion identifies eleven issues (including the four subparts identified in question number four). Several of these issues involve allegations of multi-faceted violations of the law, others involve the court's jurisdiction or ability to grant relief, and still others involve a course of dealing between the parties spanning nearly twenty years. Thus, in addition to allegations of illegality, Sunoco also asserts that it is

entitled to relief on the grounds of misrepresentation, breach of contract, failure of consideration and frustration of purpose, mistake, and a Fifth Amendment taking.

DESC's motion seeks to dismiss all seven counts of Sunoco's Amended Complaint. In many instances, DESC proffers a series of short volleys at a claim, each of which require a detailed factual and legal response by Sunoco. Sunoco's response is further complicated by the fact that there has been limited discovery, and Sunoco is therefore required to argue from a largely incomplete record. DESC also raises a complex defense of waiver and estoppel, which similarly requires an extended factual and legal response by Sunoco.

Sunoco believes that it is in the interest of justice for the issues raised in DESC's motion to be fully briefed. This is one of approximately thirty similarly situated cases, and the history of this litigation, which has already seen a certified appeal under 28 U.S.C. § 1292(d)(2), suggests that, regardless of the outcome, appeals will follow. Sunoco believes that it will promote expeditious resolution of this case for all of the eleven issues DESC raises in its motion to be fully addressed at this time, particularly since resolution of this case may implicate important precedential issues in the other thirty similarly situated cases.

Finally, Sunoco notes that the court granted the plaintiffs in El Paso Merchant Energy – Petroleum Company v. United States, No. 02-1094C (Fed. Cl.), and Hermes Consolidated, Inc., doing business as Wyoming Refining Company v. United States, No. 02-1460C (Fed. Cl.), leave to exceed the page limitation, not to exceed 80 pages, for their oppositions to DESC's motions in those cases. Sunoco believes that it is in the interest of justice for all of the Judges hearing the similarly situated challenges to DESC's military fuel prices to have before them same fully developed arguments.

**CONCLUSION**

For the foregoing reasons, Sunoco respectfully requests that its Unopposed Motion for Leave to Exceed the Page Limitation be granted.

Respectfully submitted,

s/J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5208 (Fax)

Attorneys for Plaintiffs,
Sunoco., Inc. and Puerto Rico Sun Oil Company

*Of Counsel:*

Gary A. Winters
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

January 17, 2006