# In the United States Court of Federal Claims

**02-466C**

**Filed: January 18, 2006**

**SUNOCO, INC., AND PUERTO RICO SUN OIL COMPANY**

**v.**

**THE UNITED STATES**

APPENDIX TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
(Two Volumes)

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.