# In the United States Court of Federal Claims

No. 02-466 C
(Filed: February 3, 2006)

| | |
|---|---|
| ********************************** | |
| | * |
| **SUNOCO, INC. AND PUERTO RICO SUN OIL COMPANY,** | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

**ORDER**

On January 17, 2006, Plaintiff filed an Unopposed Motion for Leave to Exceed the Page Limitations for its Opposition to Defendant's Motion to Dismiss. Plaintiff's motion was granted on January 18, 2006; however, Plaintiff has not yet filed its Opposition to Defendant's Motion to Dismiss.

On February 2, 2006, Defendant filed a Motion for Enlargement of Time to file its reply to Plaintiff's Opposition to Defendant's Motion to Dismiss; however, Plaintiff's Opposition to Defendant's Motion to Dismiss has not yet been filed. Defendant's Motion for Enlargement of Time to file its reply is hereby GRANTED.

Plaintiff is hereby ORDERED to file its Opposition to Defendant's Motion to dismiss on or before **February 10, 2006**. Defendant is ORDERED to file its reply to Plaintiff's Opposition to Defendant's Motion to Dismiss on or before **February 24, 2006.**

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge