IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SUNOCO, INC., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PUERTO RICO SUN OIL COMPANY, | ) | No. 02-466C |
| | ) | (Judge Block) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT

Defendant respectfully requests leave to exceed the page limit for its reply to Sunoco's opposition to our motion to dismiss the complaint. Counsel for Sunoco has informed us that Sunoco does not object to this motion.

Pursuant to RCFC 5.2(b), our brief is limited to 20 pages. However, Sunoco has obtained leave to exceed the page limit for its opposition, and has filed a 78-page brief. The opposition is the first detailed statement of Sunoco's case, contains 12 enumerated arguments, and is accompanied by a voluminous appendix and 40 proposed findings of fact. We estimate that our brief will be approximately 44 pages.

For these reasons, defendant respectfully requests leave to exceed the page limit for its reply to Sunoco opposition to dismiss the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

OF COUNSEL:

HOWARD M. KAUFER
Assistant Counsel
Office of Counsel
Defense Energy Support Center
Ft. Belvoir, VA

DONALD S. TRACY
Trial Attorney
Defense Supply Center
Richmond, VA

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 616-2311
Fax: (202) 353-7988

Attorneys for Defendant

March 9, 2006

CERTIFICATE OF FILING

I hereby certify that on March 9, 2006, a copy of the foregoing document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Steven J. Gillingham