**DESC Fuel Cases Pending**
**In the United States Court of Federal Claims**

| Case | Judge | Status |
|---|---|---|
| *Atofina Petrochemicals, Inc. v. United States*, No. 03-538C (Fed. Cl.) | G. W. Miller | Stayed |
| *Berry Petroleum Co. v. United States*, No. 02-1462C (Fed. Cl.) | G. W. Miller | Stayed |
| *Calcasieu Refining Co. v. United States*, No. 02-1219C (Fed. Cl.) | C. Miller | Stayed - fully briefed |
| *Chevron U.S.A. Inc. v. United States*, No. 03-288C (Fed. Cl.) | Damich | DESC's Motion to Dismiss pending - joint motion to stay pending - fully briefed |
| *Conoco Phillips v. United States*, No. 02-1367C (Fed. Cl.) | Wiese | DESC's Motion to Dismiss granted |
| *El Paso Merchant Energy - Petroleum Co. v. United States*, No. 02-1094C (Fed. Cl.) | Block | DESC's Motion to Dismiss argued; decision pending |
| *Exxon Mobil Corp. v. United States*, No. 02-1217C (Fed. Cl.) | Wiese | Stayed |
| *Flint Hills Resources, LP v. United States*, No. 02-462C (Fed. Cl.) | Wheeler | Stayed - fully briefed |
| *Gary-Williams Energy Corp. v. United States*, No. 03-2106C (Fed. Cl.) | G. W. Miller | Stayed - fully briefed |
| *Giant Industries Inc. v. United States*, No. 03-291C (Fed. Cl.) | G. W. Miller | Stayed |
| *Gold Line Ref., Ltd. v. United States*; No. 98-543C (Fed. Cl.) | Hewitt | Stayed |
| *Of The Bankruptcy Estate of Gold Line Refining, Ltd*, No. 03-2245C (Fed. Cl.) | Hewitt | Stayed |
| *Hermes Consolidated, Inc. v. United States*, No. 02-1460C (Fed. Cl.) | Block | DESC's Motion to Dismiss argued; decision pending |
| *Kern Oil & Ref. Co. v. United States*, No. 03-1623C (Fed. Cl.) | G. W. Miller | Stayed |
| *La Gloria Oil & Gas Co. v. United States*, No. 02-465C (Fed. Cl.) | Hewitt | DESC's Motion to Dismiss granted |
| *LL&E Mining, Inc. v. United States*, No. 05-374C (Fed. Cl.) | Bruggink | Stayed |
| *Marathon Ashland Petroleum LLC v. United States*, No. 02-1218C (Fed. Cl.) | Damich | Stayed |
| *Navajo Ref. Co., L.P. v. United States*, No. 02-1220C (Fed. Cl.) | Hewitt | Stayed |
| *Phoenix Petroleum Co. v. United States*, No. 97-315C (Fed. Cl.) | Margolis | Stayed |
| *Placid Holding Co. v. United States*, No. 03-1216C (Fed. Cl.) | Wiese | Stayed |
| *Shell Oil Company v. United States*, No. 04-1240C (Fed. Cl.) | Damich | Stayed |

| Case | Judge | Status |
|---|---|---|
| *Sinclair Oil Corp. v. United States*, No. 02-464C (Fed. Cl.); | Baskir | Stayed |
| *Sunoco, Inc. v. United States*, No. 02-466C (Fed. Cl.) | Damich | DESC's Motion to Dismiss argued; decision pending |
| *Tesoro Hawaii Corp. v. United States*, No. 02-704C (Fed. Cl.) | Bruggink | DESC's Motion to Dismiss argued; decision pending |
| *Valero Ref.-Texas, L.P. v. United States*, No. 03-1916 (Fed. Cl.) | Firestone | Stayed - fully briefed |
| *Western Refining Co., LP v. United States*, Nos. 03-2699C & 05-439C (Fed. Cl.); | Firestone | Stayed |
| *Williams Alaska Petroleum, Inc. v. United States*, No. 02-705C (Fed. Cl.). | Wiese | Stayed |

Attachment A